In the Matter of DAVID DUDAS, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [890 NYS2d 850]—

Memorandum: As Supreme Court properly determined in this CPLR article 78 proceeding seeking to annul the determination that petitioner should participate in a sex offender treatment program, petitioner failed to exhaust his administrative remedies before commencing this proceeding. Thus, the court properly dismissed the petition (*see Matter of Muniz v David*, 16 AD3d 939, 939-940 [2005]). Present—Hurlbutt, J.P., Smith, Fahey and Carni, JJ.